ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA
                     :

     - v. -          :      **INDICTMENT**

SAMUEL CHATMAN,

          Defendant.   :

- - - - - - - - - - - - - - - - - x

**11 CRIM 745**

## COUNT ONE

The Grand Jury charges:

1.  On or about June 18, 2011, in the Southern District of New York, SAMUEL CHATMAN, the defendant, knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, and did obtain and attempt to obtain by extortion, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, CHATMAN robbed a branch of Chase Bank located at 2438 Broadway, New York, New York, by passing a bank teller a note demanding money, threatening to shoot the bank teller, and pointing what appeared to be a firearm at the bank teller.

(Title 18, United States Code, Section 2113(a).)

**Judge Buchwald**

<u>COUNT TWO</u>

The Grand Jury further charges:

2.   On or about July 27, 2011, in the Southern District of New York, SAMUEL CHATMAN, the defendant, knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, and did obtain and attempt to obtain by extortion, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, CHATMAN robbed a branch of Chase Bank located at 2824-2826 Broadway, New York, New York, by passing a bank teller a note demanding money, threatening to shoot the bank teller, and pointing what appeared to be a firearm at the bank teller.

(Title 18, United States Code, Section 2113(a).)

<u>COUNT THREE</u>

The Grand Jury further charges:

3.   On or about August 18, 2011, in the Southern District of New York, SAMUEL CHATMAN, the defendant, knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, and

did obtain and attempt to obtain by extortion, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, CHATMAN attempted to rob a branch of Chase Bank located at 225 5th Avenue, New York, New York, by passing a bank teller a note demanding money, threatening to shoot the bank teller, and pointing what appeared to be a firearm at the bank teller.

(Title 18, United States Code, Section 2113(a).)

COUNT FOUR

The Grand Jury further charges:

3.    On or about August 18, 2011, in the Southern District of New York, SAMUEL CHATMAN, the defendant, knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, and did obtain and attempt to obtain by extortion, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, CHATMAN attempted to rob a branch of Chase Bank located at 90 West 225th Street, Bronx, New York,

3

by demanding money from a bank teller, threatening to shoot the bank teller, and pointing what appeared to be a firearm at the bank teller.

(Title 18, United States Code, Section 2113(a).)

FOREPERSON

PREET BHARARA
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

### UNITED STATES OF AMERICA

v.

### SAMUEL CHATMAN,

Defendant.

---

### INDICTMENT

11 Cr.

(18 U.S.C. § 2113(a).)


PREET BHARARA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

8/31/11
Filed Indictment. Case assigned to Judge Buchwald
U.S.M.J. Debra Freeman