**MEMO ENDORSED**

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2012

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2012

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

FEB 15 2012

UNITED STATES COURT JUDGE

**VIA HAND DELIVERY**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Samuel Chatman,
      11 Cr. 745 (NRB)

Dear Judge Buchwald:

**MEMO ENDORSED**

The above-referenced case is scheduled for a status conference this Thursday, February 16, 2012, at 2:30 p.m. At this time, the parties continue to explore the possibility of a resolution of this matter. Accordingly, the parties respectfully request that the status conference be adjourned by at least 30 days. Further, with consent of defense counsel, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between Thursday, February 16, 2012, until the date of the next scheduled conference. On March 20, 2012 at 4:30. /s/ NRB

So Ordered.
/s/
/s/
Buchwald
USDJ
2/15/12

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Carolina A. Fornos
Assistant United States Attorney
(212) 637-2740

cc by email:   Stephanie Carvlin, Esq.
               Attorney for Defendant