# MEMO ENDORSED

LAW OFFICES OF
**STEPHANIE M. CARVLIN, ESQ.**
111 Broadway, Suite 701
New York, New York 10006



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2012

STEPHANIE M. CARVLIN, ESQ.
BRYAN HA, ESQ.

OF COUNSEL
ALLAN P. HABER, ESQ.
GEORGES G. LEDERMAN, ESQ.

TELEPHONE: 212-748-1636
TELECOPIER: 212-374-1506
E-MAIL: CARVLIN@HOTMAIL.COM

August 9, 2012

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG - 9 2012
UNITED STATES COURT JUDGE

Re: United States v. Chatman
11-cr-745 (MRB)

Dear Judge Buchwald:

**MEMO ENDORSED**

I am counsel for Samuel Chatman, the defendant in the above-captioned case. Mr. Chatman's sentencing is now scheduled for August 23, 2012. I am required to have my sentencing memorandum to the Court on August 13. The government's submission is due on August 17. I write to request a three-week extension of these deadlines. I propose filing my submission on September 3. The government would file on September 7, 2012. Sentencing would follow at a date and time convenient to the Court during the week of September 10th or 17th.

I make this request because I need additional time to gather information relevant to sentencing, to review the PSR (which I have not yet received, even in draft form) and to draft a sentencing memorandum. I have not previously requested any extension of the existing deadline.

Finally, I have spoke with Assistant United States Attorney, Carolina Fornos, who is representing the government, and she has no objection.

*[Handwritten endorsement:]* The sentencing is adjourned until September 27, 2012 at 3:15pm. So Ordered. /s/ Naomi Reice Buchwald, USDJ 8/14/12

Respectfully submitted,

/s/ Stephanie Carvlin
Stephanie Carvlin