**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2012

**VIA FACSIMILE**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  United States v. Samuel Chatman,
     11 Cr. 745 (NRB)

**MEMO ENDORSED**

Dear Judge Buchwald:

The Government writes to request an extension of the Government's deadline to file a sentencing submission in the above-referenced matter, which is scheduled for sentencing on Thursday, September 27, 2012, at 3:15 p.m. By order dated August 14, 2012, the defense submission was due September 3, 2012, and the Government's response was due September 7, 2012. The Government is now in receipt of the defendant's sentencing submission, dated September 3, 2012, and desires to respond to all of the issues raised in the defense submission. Accordingly, the Government requests permission to file a response on or before September 17, 2012. Defense counsel, Stephanie Carvlin, does not have an objection to this request.

*Application granted.*

9/10/12

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Carolina A. Fornos
Assistant United States Attorney
(212) 637-2740

cc by fax:  Stephanie Carvlin, Esq.
            Attorney for Defendant